Appendix A - Settlement Allocation

| Name | Service Award | Allocation |
|---|---|---|
| Dougherty, Vickie |  | $882.00 |
| Gentry, Garrett |  | $100.00 |
| Howell, Chasity |  | $503.37 |
| Jackson, Cayla | $500.00 | $2,773.17 |
| Total: |  | **$4,758.54** |