

Samuel Brown <samuel@sanfordlawfirm.com>

## Fwd: FRE 408 Communication: Cayla Jackson, et al. v. Prairie County, Arkansas

**Colby Qualls** <colby@sanfordlawfirm.com>  Thu, May 4, 2023 at 1:15 PM
To: Samuel Brown <samuel@sanfordlawfirm.com>

---------- Forwarded message ---------
From: **Colby Qualls** <colby@sanfordlawfirm.com>
Date: Mon, Feb 13, 2023 at 9:45 AM
Subject: Re: FRE 408 Communication: Cayla Jackson, et al. v. Prairie County, Arkansas
To: Mike Mosley <mosley@jowenslawfirm.com>
Cc: Aysha Dixon <aysha@sanfordlawfirm.com>, Jason Owens <owens@jowenslawfirm.com>, Miranda Lawrence <miranda@jowenslawfirm.com>

Sounds good. Thanks.

Best,

Colby

On Mon, Feb 13, 2023 at 9:41 AM Mike Mosley <mosley@jowenslawfirm.com> wrote:
> Yes preliminarily I have. I plan to speak to the Sheriff's Office tomorrow and will get back to you this week. Thanks,
> Mike
>
> ---
>
> **From:** Colby Qualls <colby@sanfordlawfirm.com>
> **Sent:** Monday, February 13, 2023 9:35 AM
> **To:** Mike Mosley <mosley@jowenslawfirm.com>
> **Cc:** Aysha Dixon <aysha@sanfordlawfirm.com>; Jason Owens <owens@jowenslawfirm.com>; Miranda Lawrence <miranda@jowenslawfirm.com>
> **Subject:** Re: FRE 408 Communication: Cayla Jackson, et al. v. Prairie County, Arkansas
>
> Good morning Mike,
>
> Just checking in to see if you have had an opportunity to speak with your Client about this yet.
>
> Best,
>
> Colby



**Colby Qualls**
**Attorney, Sanford Law Firm**

800-615-4946 (Main) | 501-904-1649 (Direct)

colby@sanfordlawfirm.com | www.sanfordlawfirm.com

10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

🏅 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🏅

   

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Tue, Feb 7, 2023 at 6:45 PM Mike Mosley <mosley@jowenslawfirm.com> wrote:
> Thanks Colby. I'll get back to you. Mike
>
> ---
>
> **From:** Colby Qualls <colby@sanfordlawfirm.com>
> **Sent:** Tuesday, February 7, 2023 4:37 PM
> **To:** Mike Mosley <mosley@jowenslawfirm.com>
> **Cc:** Jason Owens <owens@jowenslawfirm.com>; Aysha Dixon <aysha@sanfordlawfirm.com>
> **Subject:** FRE 408 Communication: Cayla Jackson, et al. v. Prairie County, Arkansas
>
> **FRE 408 COMMUNICATION ONLY**
>
> Good afternoon counsel,
>
> As promised from my call earlier today, please find attached Plaintiffs' initial settlement demand in this case, as well as some accompanying damages calculations.
>
> Looking forward to hearing back from you and hopefully getting closer to resolving this matter.
>
> Best,
>
> Colby
>
> 
>
> **Colby Qualls**
> **Attorney, Sanford Law Firm**
>
> 800-615-4946 (Main) | 501-904-1649 (Direct)
>
> colby@sanfordlawfirm.com | www.sanfordlawfirm.com
>
> **10800 Financial Centre Parkway, Suite 510**
> **Little Rock, AR 72211**
>
> **Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**
>
> Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI
>
>  **No. 1 Plaintiff Employment Law Firm in the U.S.** 
>
>     
>
> *This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*



Samuel Brown <samuel@sanfordlawfirm.com>

## Fwd: Jackson v Prairie County

**Colby Qualls** <colby@sanfordlawfirm.com>                                                           Wed, May 3, 2023 at 1:35 PM
To: Samuel Brown <samuel@sanfordlawfirm.com>

---------- Forwarded message ---------
From: **Mike Mosley** <mosley@jowenslawfirm.com>
Date: Tue, Mar 7, 2023 at 3:42 PM
Subject: Re: Jackson v Prairie County
To: Colby Qualls <colby@sanfordlawfirm.com>
Cc: Aysha Dixon <aysha@sanfordlawfirm.com>, Miranda Lawrence <miranda@jowenslawfirm.com>

Ok. Talked to the new sheriff. Gave him my advice. He's looking into everything and will be getting back to me soon. I told him we needed to get to this quickly and he understands. Thanks, Mike

**From:** Colby Qualls <colby@sanfordlawfirm.com>
**Sent:** Tuesday, March 7, 2023 12:05 PM
**To:** Mike Mosley <mosley@jowenslawfirm.com>
**Cc:** Aysha Dixon <aysha@sanfordlawfirm.com>; Miranda Lawrence <miranda@jowenslawfirm.com>
**Subject:** Re: Jackson v Prairie County

Good afternoon Mike,

Any updates/response?

Best,

Colby



**Colby Qualls**
**Attorney, Sanford Law Firm**

800-615-4946 (Main) | 501-904-1649 (Direct)

colby@sanfordlawfirm.com | www.sanfordlawfirm.com

10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

🥇 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🥇


    

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*
On Thu, Mar 2, 2023 at 6:24 AM Mike Mosley <mosley@jowenslawfirm.com> wrote:

Ah, a fellow early riser! Watch the weather today and have a good day and weekend my friend. Mike

**From:** Colby Qualls <colby@sanfordlawfirm.com>
**Sent:** Thursday, March 2, 2023 6:14 AM
**To:** Mike Mosley <mosley@jowenslawfirm.com>
**Cc:** Aysha Dixon <aysha@sanfordlawfirm.com>; Miranda Lawrence <miranda@jowenslawfirm.com>
**Subject:** Re: Jackson v Prairie County

Thanks for the update, Mike.



**Colby Qualls**
**Attorney, Sanford Law Firm**

800-615-4946 (Main) | 501-904-1649 (Direct)

colby@sanfordlawfirm.com | www.sanfordlawfirm.com

10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

 **No. 1 Plaintiff Employment Law Firm in the U.S.** 



*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Thu, Mar 2, 2023 at 6:10 AM Mike Mosley <mosley@jowenslawfirm.com> wrote:

> Colby, I'm calling the Sheriff's Office today as I understand Sheriff Hickman retired as of yesterday. I'll advise.
> Thanks, Mike
>
> **From:** Colby Qualls <colby@sanfordlawfirm.com>
> **Sent:** Wednesday, March 1, 2023 2:12 PM
> **To:** Miranda Lawrence <miranda@jowenslawfirm.com>
> **Cc:** Mike Mosley <mosley@jowenslawfirm.com>; Aysha Dixon <aysha@sanfordlawfirm.com>
> **Subject:** Re: Jackson v Prairie County
>
> Sure. That is fine.
>
> Best,
>
> Colby



### Colby Qualls

**Attorney, Sanford Law Firm**

800-615-4946 (Main) | 501-904-1649 (Direct)

colby@sanfordlawfirm.com | www.sanfordlawfirm.com

[10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211](#)

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

🥇 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🥇



*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Wed, Mar 1, 2023 at 12:02 PM Miranda Lawrence <miranda@jowenslawfirm.com> wrote:

> Colby,
>
> Our discovery responses are currently due tomorrow, could we get a 10 day extension on those responses due to the settlement negotiations.
>
> Thanks,
>
> -Miranda

**From:** Mike Mosley <mosley@jowenslawfirm.com>
**Sent:** Friday, February 24, 2023 5:38 AM
**To:** Miranda Lawrence <miranda@jowenslawfirm.com>; Colby Qualls <colby@sanfordlawfirm.com>
**Cc:** Aysha Dixon <aysha@sanfordlawfirm.com>
**Subject:** RE: Jackson v Prairie County

Thank you Miranda

**From:** Miranda Lawrence <miranda@jowenslawfirm.com>
**Sent:** Thursday, February 23, 2023 6:04 PM
**To:** Mike Mosley <mosley@jowenslawfirm.com>; Colby Qualls <colby@sanfordlawfirm.com>
**Cc:** Aysha Dixon <aysha@sanfordlawfirm.com>
**Subject:** Re: Jackson v Prairie County

I will make the changes in the morning and get it filed.

Thanks,

Miranda

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Mike Mosley <mosley@jowenslawfirm.com>
**Sent:** Thursday, February 23, 2023 5:37:27 PM
**To:** Colby Qualls <colby@sanfordlawfirm.com>; Miranda Lawrence <miranda@jowenslawfirm.com>
**Cc:** Aysha Dixon <aysha@sanfordlawfirm.com>
**Subject:** Re: Jackson v Prairie County

Good with me. Thanks

**From:** Colby Qualls <colby@sanfordlawfirm.com>
**Sent:** Thursday, February 23, 2023 5:14 PM
**To:** Miranda Lawrence <miranda@jowenslawfirm.com>
**Cc:** Mike Mosley <mosley@jowenslawfirm.com>; Aysha Dixon <aysha@sanfordlawfirm.com>
**Subject:** Re: Jackson v Prairie County

Thank you for sending this my way, Ms. Lawrence. I would suggest the following change:

Have paragraph 2 read: "Counsel for the parties are currently in settlement negotiations and believe there is a possibility of a mutual settlement. In order to avoid additional litigation costs while continuing to negotiate, the parties request a 30-day extension of the current discovery and motions deadlines."

I am open to a different timeline than 30 days, but I believe we should probably ask for a specific amount of days for our extension.

If you all approve of the above language, you may make the change and file on our behalf. Otherwise, please send me another draft.

Best,

Colby



### Colby Qualls

**Attorney, Sanford Law Firm**

800-615-4946 (Main) | 501-904-1649 (Direct)

colby@sanfordlawfirm.com | www.sanfordlawfirm.com

[10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211](#)

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

🥇 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🥇



*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Thu, Feb 23, 2023 at 4:13 PM Miranda Lawrence <miranda@jowenslawfirm.com> wrote:

Good Afternoon,

Attached please find the joint motion to extend the deadlines, if the motion meets your approval, please let me know and I will get it filed.

Thanks,

-Miranda

**From:** Mike Mosley <mosley@jowenslawfirm.com>
**Sent:** Wednesday, February 22, 2023 9:32 AM
**To:** Colby Qualls <colby@sanfordlawfirm.com>
**Cc:** Miranda Lawrence miranda@jowenslawfirm.com; Aysha Dixon aysha@sanfordlawfirm.com
**Subject:** Re: Jackson v Prairie County

Yeah we need an extension and I'll get it drafted and to you today. Thanks

**From:** Colby Qualls <colby@sanfordlawfirm.com>
**Sent:** Wednesday, February 22, 2023 9:08 AM
**To:** Mike Mosley <mosley@jowenslawfirm.com>
**Cc:** Miranda Lawrence <miranda@jowenslawfirm.com>; Aysha Dixon <aysha@sanfordlawfirm.com>
**Subject:** Re: Jackson v Prairie County

Good morning Mike,

Just checking in on where we all are. Do you anticipate that we still need a motion for extension, and if so, will you still be drafting that? Or do you believe such a Motion may no longer be necessary because you may have a response to the settlement demand?

Best,

Colby

# Colby Qualls



**Attorney, Sanford Law Firm**

800-615-4946 (Main) | 501-904-1649 (Direct)

colby@sanfordlawfirm.com | www.sanfordlawfirm.com

[10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211](#)

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

🥇 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🥇

    

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Thu, Feb 16, 2023 at 3:40 PM Mike Mosley <mosley@jowenslawfirm.com> wrote:

> Yeah we can do an extension motion. I'll draft it up and send over for your review tomorrow. As far as ETA, it would be a guess, but I intend to getting them on the phone again tomorrow afternoon. Thanks, Mike
>
> ---
>
> **From:** Colby Qualls <colby@sanfordlawfirm.com>
> **Sent:** Thursday, February 16, 2023 2:29 PM
> **To:** Mike Mosley <mosley@jowenslawfirm.com>
> **Cc:** Miranda Lawrence <miranda@jowenslawfirm.com>; Aysha Dixon <aysha@sanfordlawfirm.com>
> **Subject:** Re: Jackson v Prairie County
>
> Mike,
>
> Thanks for the update. I certainly have no issue with putting off these responses while we continue to explore a potential settlement here. However, I believe the discovery deadline in this case is February 27. In the meantime, do you believe we need to file a Motion with the Court asking for an extension of deadlines or a

continuance? I am optimistic that we will be able to settle this one, but I also don't want us to get in a pickle with potential upcoming deadlines and the like. Also, do you have a rough ETA of when you will likely have a response for me?

Best,

Colby

### Colby Qualls



**Attorney, Sanford Law Firm**

800-615-4946 (Main) | 501-904-1649 (Direct)

colby@sanfordlawfirm.com | www.sanfordlawfirm.com

[10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211](#)

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

 **No. 1 Plaintiff Employment Law Firm in the U.S.** 

    

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Thu, Feb 16, 2023 at 1:44 PM Mike Mosley <mosley@jowenslawfirm.com> wrote:

> Good afternoon Colby. I've conveyed your offer and I have a call into my client to call me and discuss. Without getting into it too much, there's been some unrelated things going on in the County that based on my discussions have been taking up a lot of time. That said, I have every intention of discussing this in good faith with the County. But, that also means I have to discuss with the Sheriff's Office and County Judge because I don't know if any settlement will need to be approved by the Quorum Court. All of that to say, thanks for your patience. Finally, our discovery responses are due to you on February 20, 2023,

based on our calendar. May I request a 10 day extension from you for our responses while you and I are attempting to resolve this? Thanks in advance. Mike



Samuel Brown <samuel@sanfordlawfirm.com>

## Re: Jackson v Prairie County

**Colby Qualls** <colby@sanfordlawfirm.com>	Mon, Mar 27, 2023 at 11:42 AM
To: Mike Mosley <mosley@jowenslawfirm.com>
Cc: Miranda Lawrence <miranda@jowenslawfirm.com>, Samuel Brown <samuel@sanfordlawfirm.com>

**FRE 408 COMMUNICATION ONLY**

Mike,

Sorry for the delayed response on this. I ended up spending a lot of my time last week in depositions and then ended up getting sick.

We accept the offer of $6,500 for attorney fees and costs, contingent on your willingness to only seek court approval of the liability settlement and not to seek court approval of the attorney fees and costs. We can send you a draft of a Notice of Settlement for us to file today if the above is fine.

Also, to be extra careful, we would ask that when this is presented to the Quorum Court, that the liability figure and the attorney fees amounts be presented separately and that the Quorum Court vote on those amounts separately, with the Court voting to approve the liability amount first. We have negotiated and agreed to these amounts separately, and we did not discuss fees until we had reached an agreement on liability first. We would like the Quorum Court approval to mirror that process.

Best,

Colby


On Mon, Mar 20, 2023 at 4:34 PM Mike Mosley <mosley@jowenslawfirm.com> wrote:

> Subject to Quorum Court approval, we have an agreement on the liability figure ($4,758.56 as backpay) and we counter with $6,500.00 for attorneys' fees. Again, this is subject to Quorum Court approval. It meets on April 11, 2023, and I will go to the meeting and advise the QC it is my advice to agree to this settlement. Thanks, and let me know how you respond. Mike
>
>
> **From:** Colby Qualls <colby@sanfordlawfirm.com>
> **Sent:** Friday, March 17, 2023 3:46 PM
> **To:** Mike Mosley <mosley@jowenslawfirm.com>
> **Cc:** Miranda Lawrence <miranda@jowenslawfirm.com>; Samuel Brown <samuel@sanfordlawfirm.com>
> **Subject:** Re: Jackson v Prairie County
>
>
> **FRE 408 COMMUNICATION ONLY**
>
>
> Thanks for getting back to me so quickly; you weren't kidding about getting back to us soon. We will counter with $7,250 for fees and costs.
>
> Will each Plaintiff's full amount be W2'd, or will half be W2'd and half 1099 to represent the breakdown between unpaid wages and liquidated damages? Also, a limited release of non-liability will be fine. We may quibble about the exact language in a draft, but should otherwise be fine.

I'm also going ahead and including my colleague, Sam, on this thread. I'm aware that you are also familiar with him. He tends to be our point person on handling settlement logistics on our cases once we get to that point in a case.

Best,

Colby



### Colby Qualls

**Attorney, Sanford Law Firm**

800-615-4946 (Main) | 501-904-1649 (Direct)

colby@sanfordlawfirm.com | www.sanfordlawfirm.com

10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

Attorneys admitted in courts in AR • CO • IL • MI • MO • ND • NE • NM • OH • OK • TN • TX • WA • WI

 **No. 1 Plaintiff Employment Law Firm in the U.S.** 

    

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Fri, Mar 17, 2023 at 3:13 PM Mike Mosley <mosley@jowenslawfirm.com> wrote:

> I'm addition to settlement on the alleged damages which we've already discussed, I have authority to offer $5,000 to settle attorneys' fees. Of course the checks would have to be payroll checks with standard deductions and I need an agreeable release denying any wrongdoing. Thanks, Mike

**From:** Colby Qualls <colby@sanfordlawfirm.com>
**Sent:** Friday, March 17, 2023 11:44 AM
**To:** Mike Mosley <mosley@jowenslawfirm.com>
**Cc:** Miranda Lawrence <miranda@jowenslawfirm.com>
**Subject:** Re: Jackson v Prairie County

**FRE 408 COMMUNICATION ONLY**

Good morning Mike,

I apologize for not responding sooner. I've been out all week due to a recent death in the family.

It sounds like we have a settlement in principle for Plaintiffs' liability damages. Because of that more recent development, we can now begin negotiating fees. Our initial demand for fees and costs is $8,000.

Let me know your Client's response and we can continue to work on wrapping this one up.

Best,

Colby



### Colby Qualls

**Attorney, Sanford Law Firm**

800-615-4946 (Main) | 501-904-1649 (Direct)

colby@sanfordlawfirm.com | www.sanfordlawfirm.com

10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

🥇 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🥇



*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Wed, Mar 15, 2023 at 11:18 AM Mike Mosley <mosley@jowenslawfirm.com> wrote:

> Hey, I think I have some authority, at least contingent authority, to settle the alleged damages for your offer (4,700 and some change, I don't have the figure in front of me). But I'm awaiting word if it will need to go before the Quorum Court for approval. I'll advise as soon as I know. Now, when are you guys going to make your offer on fees? I understand why you're doing things this way, but from my end, since it's a governmental body, that probably means multiple trips to the Quorum Court. So as soon as you can get me that figure, it would be helpful. Thanks, Mike