| Billed By | Duration | Date Billed On | Description | Rate | Value |
|---|---|---|---|---|---|
| Daniel Ford | 0.1 | 11/04/2021 | Receipt and review of conflict check | 200.00 | 20.00 |
| Josh Sanford | 0.1 | 11/04/2021 | Examination of IOM: potential case | 383.00 | 38.30 |
| Josh Sanford | 0.2 | 11/04/2021 | Conference with AS: merits of wage case | 383.00 | 76.60 |
| Josh Sanford | 0.1 | 11/04/2021 | Examination of signed contract | 383.00 | 38.30 |
| Josh Sanford | 0.1 | 11/04/2021 | Receive, read and prepare response to email(s) from AS: case management | 383.00 | 38.30 |
| Josh Sanford | 0.1 | 11/04/2021 | Examination of IOM: new case info | 383.00 | 38.30 |
| Josh Sanford | 0.1 | 11/04/2021 | Receive, read and prepare response to email(s) from GM: case management | 383.00 | 38.30 |
| Anna Stiritz | 0.1 | 11/10/2021 | Telephone Conference(s) between Attorney and Client | 300.00 | 30.00 |
| Anna Stiritz | 0.1 | 11/10/2021 | Conference with CQ by email re last paychecks | 300.00 | 30.00 |
| Colby Qualls | 0.1 | 11/10/2021 | Conference with AS via email re paystubs | 150.00 | 15.00 |
| Marley Cash-Powell | 0.1 | 12/13/2021 | For tracking time spent on OKRs - intro eml | 100.00 | 10.00 |
| Anna Stiritz | 0.1 | 01/05/2022 | Receive, read and prepare response to email(s) from client re update | 300.00 | 30.00 |
| Colby Qualls | 0.2 | 01/05/2022 | Receive, read and prepare response to email(s) from Client | 150.00 | 30.00 |
| Courtney Lowery | 0.2 | 01/31/2022 | Examination of intake notes and intake documents | 190.00 | 38.00 |
| Courtney Lowery | 0.4 | 01/31/2022 | Preparation and drafting of Complaint | 190.00 | 76.00 |

| Name | Hours | Date | Description | Rate | Amount |
|---|---|---|---|---|---|
| Anna Stiritz | 0.1 | 02/01/2022 | Conference with CL re disc issues | 300.00 | 30.00 |
| Courtney Lowery | 0.1 | 02/01/2022 | Compose electronic communication to client re complaint allegations | 190.00 | 19.00 |
| Courtney Lowery | 0.1 | 02/01/2022 | Receive, read and prepare response to email(s) from client re case status | 190.00 | 19.00 |
| Courtney Lowery | 0.2 | 02/01/2022 | Telephone Conference(s) between Attorney and Client re complaint allegations | 190.00 | 38.00 |
| Courtney Lowery | 0.6 | 02/01/2022 | Preparation and drafting of Complaint | 190.00 | 114.00 |
| Courtney Lowery | 0.2 | 02/01/2022 | Conference with CQ - CMA handoff | 190.00 | 38.00 |
| Stacy Gibson | 0.1 | 02/01/2022 | Conference with CL re: complaint | 250.00 | 25.00 |
| Colby Qualls | 0.1 | 02/02/2022 | Conference with CL via email re case strategy and case status | 150.00 | 15.00 |
| Courtney Lowery | 0.3 | 02/02/2022 | Editing and revision of Complaint; draft Summons and CTJ | 190.00 | 57.00 |
| Courtney Lowery | 0.1 | 02/02/2022 | Conference with DM re case initiation | 190.00 | 19.00 |
| Colby Qualls | 0.1 | 02/02/2022 | Examination of Complaint | 150.00 | 15.00 |
| Tracy Freeman | 0.1 | 02/07/2022 | Work on Client's file: process ECFs. | 60.00 | 6.00 |
| Tracy Freeman | 0.1 | 02/08/2022 | Work on Client's file: send complaint for service | 60.00 | 6.00 |
| Josh Sanford | 0.1 | 02/02/2022 | Examination of IOM: draft complaint | 383.00 | 38.30 |
| Josh Sanford | 0.1 | 02/02/2022 | Editing and revision of CCS and summons and CTJ | 383.00 | 38.30 |
| Josh Sanford | 0.2 | 02/02/2022 | Editing and revision of complaint | 383.00 | 76.60 |

| Name | Hours | Date | Description | Rate | Amount |
|---|---|---|---|---|---|
| Josh Sanford | 0.1 | 02/02/2022 | Work on Client's file: prep for filing | 383.00 | 38.30 |
| Josh Sanford | 0.1 | 02/02/2022 | Examination of complaint filed; judge assignment | 383.00 | 38.30 |
| Colby Qualls | 0.1 | 02/25/2022 | Called Client, but didn't answer. Left a voicemail. | 150.00 | 15.00 |
| Colby Qualls | 0.2 | 02/25/2022 | Telephone Conference(s) between Attorney and Client | 150.00 | 30.00 |
| Tracy Freeman | 0.2 | 03/15/2022 | Work on Client's file: service update; email server with new address | 60.00 | 12.00 |
| Colby Qualls | 0.1 | 03/21/2022 | Conference with Tracy via email re service update | 150.00 | 15.00 |
| Stacy Gibson | 0.1 | 03/28/2022 | Conference regarding case status/next steps | 250.00 | 25.00 |
| Aysha Dixon | 0.1 | 03/28/2022 | Conference regarding case status/next steps | 60.00 | 6.00 |
| Colby Qualls | 0.1 | 03/28/2022 | Conference regarding case status/next steps | 150.00 | 15.00 |
| Tracy Freeman | 0.2 | 04/06/2022 | Work on Client's file: research new address and phone numbers for defendant | 60.00 | 12.00 |
| Colby Qualls | 0.1 | 04/20/2022 | Conference with Tracy via email re status update on service | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 04/20/2022 | Conference with Tracy via email re status of service | 150.00 | 15.00 |
| Tracy Freeman | 0.2 | 04/20/2022 | Work on Client's file: process ECF - Proof of Service; efile proof | 60.00 | 12.00 |
| Colby Qualls | 0.1 | 04/20/2022 | Receive, read and prepare response to email(s) from Client | 150.00 | 15.00 |
| Josh Sanford | 0.1 | 04/20/2022 | Examination of return of summons | 383.00 | 38.30 |

| Name | Hours | Date | Description | Rate | Amount |
|---|---|---|---|---|---|
| Tracy Freeman | 0.1 | 05/04/2022 | Work on Client's file: process ECFs. | 60.00 | 6.00 |
| Tracy Freeman | 0.2 | 05/04/2022 | Work on Client's file: process ECF - Answer; create OC contact | 60.00 | 12.00 |
| Colby Qualls | 0.2 | 05/04/2022 | Receive, read and prepare response to email(s) from Client | 150.00 | 30.00 |
| Colby Qualls | 0.1 | 05/04/2022 | Examination of Defendant's Answer | 150.00 | 15.00 |
| Britt Staley | 0.1 | 05/04/2022 | Work on Client's file: cleaning class audit dashboard; confirming CTJs if needed in file | 100.00 | 10.00 |
| Colby Qualls | 0.1 | 05/09/2022 | Conference with Trey via email re case status | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 05/09/2022 | Conference with Trey and Mayenssi via email re case status | 150.00 | 15.00 |
| Stacy Gibson | 0.1 | 05/09/2022 | Conference re: case strategy/next steps | 250.00 | 25.00 |
| Colby Qualls | 0.1 | 05/09/2022 | Conference re: case strategy/next steps | 150.00 | 15.00 |
| Stacy Gibson | 0.1 | 05/10/2022 | Receive, read and prepare response to email(s) from staff re: 2nd plaintiff | 250.00 | 25.00 |
| Stacy Gibson | 0.1 | 05/10/2022 | Conference with staff re: 2nd plaintiff | 250.00 | 25.00 |
| Stacy Gibson | 0.1 | 05/09/2022 | Conference with Trey re: scope of class/2nd plaintiff | 250.00 | 25.00 |
| Stacy Gibson | 0.1 | 05/20/2022 | Compose electronic communication to staff re: 2nd plaintiff status | 250.00 | 25.00 |
| Stacy Gibson | 0.1 | 05/23/2022 | Conference regarding case status/next steps | 250.00 | 25.00 |
| Aysha Dixon | 0.1 | 05/23/2022 | Conference regarding case status/next steps | 60.00 | 6.00 |

| Name | Hours | Date | Description | Rate | Amount |
|---|---|---|---|---|---|
| Colby Qualls | 0.1 | 05/23/2022 | Conference regarding case status/next steps | 150.00 | 15.00 |
| Aysha Dixon | 0.1 | 05/25/2022 | Telephone Conference with C. Jackson re: 2nd possible plaintiff | 60.00 | 6.00 |
| Colby Qualls | 0.1 | 06/01/2022 | Conference with Tracy via email re case status update | 150.00 | 15.00 |
| Colby Qualls | 0.2 | 06/02/2022 | Receive, read and prepare response to email(s) from OC | 150.00 | 30.00 |
| Colby Qualls | 0.1 | 06/02/2022 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 06/07/2022 | Receipt and review of ISO | 150.00 | 15.00 |
| Tracy Freeman | 0.2 | 06/07/2022 | Work on Client's file: process ECFs. | 60.00 | 12.00 |
| Colby Qualls | 0.2 | 06/10/2022 | Conference with SG via email re case strategy and status | 150.00 | 30.00 |
| Colby Qualls | 0.4 | 06/10/2022 | Telephone Conference(s) with Opposing Counsel | 150.00 | 60.00 |
| Colby Qualls | 0.1 | 06/10/2022 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Law Clerk | 0.1 | 06/14/2022 | Receive, read and prepare response to email(s) from SG re stipulated class motion | 75.00 | 7.50 |
| Law Clerk | 0.6 | 06/15/2022 | Draft Motion stipulated class motion and exhibits | 75.00 | 45.00 |
| Colby Qualls | 0.1 | 06/15/2022 | Conference with KS via email re case status | 150.00 | 15.00 |
| Krista Sheets | 0.2 | 06/15/2022 | Editing and revision of stipulation and notice docs | 285.00 | 57.00 |
| Colby Qualls | 0.1 | 06/16/2022 | Conference with KS via electronic communication re potential stipulated MCA | 150.00 | 15.00 |
| Stacy Gibson | 0.1 | 06/10/2022 | Compose electronic communication to staff re: 2nd plaintiff follow up | 250.00 | 25.00 |

| Name | Hours | Date | Description | Rate | Amount |
|---|---|---|---|---|---|
| Stacy Gibson | 0.2 | 06/10/2022 | Receive, read and prepare response to email(s) IOM re: 216 strategy x4 | 250.00 | 50.00 |
| Stacy Gibson | 0.1 | 06/10/2022 | Compose electronic communication to KS re: MCA | 250.00 | 25.00 |
| Krista Sheets | 0.1 | 06/22/2022 | Receive, read and prepare response to email(s) from OC re: stipulating to conditional certification | 285.00 | 28.50 |
| Stacy Gibson | 0.1 | 06/22/2022 | Conference regarding case status/strategy | 250.00 | 25.00 |
| Colby Qualls | 0.1 | 06/22/2022 | Conference regarding case status/strategy | 150.00 | 15.00 |
| Aysha Dixon | 0.1 | 06/22/2022 | Conference regarding case status/strategy | 60.00 | 6.00 |
| Stacy Gibson | 0.1 | 06/15/2022 | Compose electronic communication to KS re: class stipulation | 250.00 | 25.00 |
| Stacy Gibson | 0.1 | 06/15/2022 | Receive, read and prepare response to email(s) from KS re: class definition | 250.00 | 25.00 |
| Krista Sheets | 0.1 | 06/23/2022 | Conference with ZB re: filing joint motion | 285.00 | 28.50 |
| Stacy Gibson | 0.1 | 06/23/2022 | Receive, read and prepare response to email(s) from KS re: agreed class | 250.00 | 25.00 |
| Zach Bradshaw | 0.1 | 06/23/2022 | Editing and revision of MCA docs | 100.00 | 10.00 |
| Zach Bradshaw | 0.1 | 06/23/2022 | Conference with MCP re: language for collective action | 100.00 | 10.00 |
| Zach Bradshaw | 0.2 | 06/23/2022 | Filing of MCA | 100.00 | 20.00 |
| Tracy Freeman | 0.1 | 06/24/2022 | Work on Client's file: process ECFs. | 60.00 | 6.00 |
| Aysha Dixon | 0.5 | 06/30/2022 | Preparation and drafting of 26(f) Report | 60.00 | 30.00 |

| Name | Hours | Date | Description | Rate | Total |
|---|---|---|---|---|---|
| Colby Qualls | 0.3 | 07/06/2022 | Reviewing and Editing and revision of Joint Rule 26(f) Report | 150.00 | 45.00 |
| Colby Qualls | 0.2 | 07/06/2022 | Receive, read and prepare response to email(s) from OC | 150.00 | 30.00 |
| Colby Qualls | 0.1 | 07/07/2022 | Reviewing and Editing and revision of 26(f) Report | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 07/07/2022 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 07/07/2022 | Conference with Aysha via email re filing 26(f) Report | 150.00 | 15.00 |
| Aysha Dixon | 0.1 | 07/07/2022 | Filing of 26(f) Report | 60.00 | 6.00 |
| Josh Sanford | 0.1 | 07/06/2022 | Examination of OC | 383.00 | 38.30 |
| Josh Sanford | 0.1 | 07/07/2022 | Examination of email to OC | 383.00 | 38.30 |
| Tracy Freeman | 0.1 | 07/11/2022 | Work on Client's file: process ECFs. | 60.00 | 6.00 |
| Josh Sanford | 0.1 | 06/07/2022 | Examination of ISO | 383.00 | 38.30 |
| Josh Sanford | 0.1 | 06/07/2022 | Examination of ISO | 383.00 | 38.30 |
| Colby Qualls | 0.1 | 07/19/2022 | Receipt and review of Order granting MCA | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 07/19/2022 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 07/20/2022 | Conference with Tracy via telephone re class list | 150.00 | 15.00 |
| Tracy Freeman | 0.1 | 07/20/2022 | Work on Client's file: process ECFs. | 60.00 | 6.00 |
| Colby Qualls | 0.1 | 07/20/2022 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |

| | | | | | |
|---|---|---|---|---|---|
| Colby Qualls | 0.3 | 07/21/2022 | Reviewing and Editing and revision of Notices and Consents | 150.00 | 45.00 |
| Colby Qualls | 0.2 | 07/21/2022 | Conference with JS and Tracy via email re updated notices and consents | 150.00 | 30.00 |
| Colby Qualls | 0.1 | 07/21/2022 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 07/21/2022 | Conference with Tracy via email re class list | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 07/21/2022 | Conference with JS and Tracy via email re Notices. and Consents | 150.00 | 15.00 |
| Tracy Freeman | 0.9 | 07/21/2022 | Work on Client's file: edit class list; verify addresses; create and print mail merge | 60.00 | 54.00 |
| Anna Stiritz | 0.1 | 07/22/2022 | Conference with intakes team re class notice | 300.00 | 30.00 |
| Tracy Freeman | 0.3 | 07/25/2022 | Work on Client's file: send out notice | 60.00 | 18.00 |
| Colby Qualls | 0.1 | 07/25/2022 | Receipt and review of Scheduling Order | 150.00 | 15.00 |
| Tracy Freeman | 0.4 | 07/26/2022 | Work on Client's file: process ECFs. | 60.00 | 24.00 |
| Josh Sanford | 0.1 | 07/19/2022 | Examination of order | 383.00 | 38.30 |
| Josh Sanford | 0.1 | 07/19/2022 | Examination of emails with OC | 383.00 | 38.30 |
| Bailee Hutcheson | 0.1 | 08/03/2022 | Work on Client's file: Add CTJs to matter. | 100.00 | 10.00 |
| Aysha Dixon | 0.1 | 08/03/2022 | Filing of Consent to Join | 60.00 | 6.00 |
| Tracy Freeman | 0.1 | 08/04/2022 | Work on Client's file: process ECFs. | 60.00 | 6.00 |

| Name | Hours | Date | Description | Rate | Amount |
|---|---|---|---|---|---|
| Josh Sanford | 0.1 | 07/21/2022 | Examination of IOM: class notice | 383.00 | 38.30 |
| Josh Sanford | 0.1 | 07/21/2022 | Editing and revision of notice docs | 383.00 | 38.30 |
| Josh Sanford | 0.1 | 07/26/2022 | Examination of IOM: class notice project | 383.00 | 38.30 |
| Josh Sanford | 0.1 | 07/26/2022 | Examination of FSO | 383.00 | 38.30 |
| Aysha Dixon | 2.2 | 08/08/2022 | Work on Client's file: checked deadlines from scheduling order | 60.00 | 132.00 |
| Josh Sanford | 0.1 | 07/06/2022 | Examination of OC email-26f | 383.00 | 38.30 |
| Colby Qualls | 0.1 | 08/09/2022 | Called potential opt-in, but didn't answer. Left a voicemail. | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 08/09/2022 | Receive, read and prepare response to email(s) from potential opt-in | 150.00 | 15.00 |
| Colby Qualls | 0.2 | 08/09/2022 | Telephone Conference(s) with potential opt-in | 150.00 | 30.00 |
| Colby Qualls | 0.1 | 08/12/2022 | Receive, read and prepare response to email(s) from potential opt-in | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 08/15/2022 | Receive, read and prepare response to email(s) from potential opt-in | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 08/15/2022 | Receive, read and prepare response to email(s) from potential opt-in | 150.00 | 15.00 |
| Tracy Freeman | 0.4 | 08/19/2022 | Work on Client's file: create mail merge; send out postcard | 60.00 | 24.00 |
| Colby Qualls | 0.1 | 08/19/2022 | Conference with Aysha via electronic communication re initial disclosures | 150.00 | 15.00 |
| Aysha Dixon | 0.4 | 08/19/2022 | Preparation and drafting of Initial disclosures/ Document Production | 60.00 | 24.00 |
| Colby Qualls | 0.1 | 08/22/2022 | Conference with Aysha re document production for initial disclosures | 150.00 | 15.00 |

| Aysha Dixon | 0.1 | 08/22/2022 | Preparation and drafting of document production | 60.00 | 6.00 |
|---|---|---|---|---|---|
| Colby Qualls | 0.2 | 08/22/2022 | Work on Client's file: Reviewing, editing, and revision of plaintiff's initial disclosures; examination of plaintiff's document production | 150.00 | 30.00 |
| Colby Qualls | 0.1 | 08/22/2022 | Conference with Aysha via email re plaintiff's initial disclosures | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 08/22/2022 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 08/22/2022 | Receipt and review of Defendant's initial disclosures | 150.00 | 15.00 |
| Aysha Dixon | 0.1 | 08/22/2022 | Receive, read and prepare response to email(s) from CQ re: Def's disclosures | 60.00 | 6.00 |
| Josh Sanford | 0.1 | 08/22/2022 | Examination of disclosures to OC | 383.00 | 38.30 |
| Colby Qualls | 0.1 | 08/25/2022 | Conference with Aysha via email re CTJ | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 08/25/2022 | Receive, read and prepare response to email(s) from opt-in Plaintiff | 150.00 | 15.00 |
| Aysha Dixon | 0.1 | 08/25/2022 | Filing of Consent to Join- Howell | 60.00 | 6.00 |
| Tracy Freeman | 0.1 | 08/29/2022 | Work on Client's file: process ECFs. | 60.00 | 6.00 |
| Tracy Freeman | 0.1 | 08/29/2022 | Work on Client's file: Add CTJs to matter. | 60.00 | 6.00 |
| Josh Sanford | 0.1 | 08/22/2022 | Examination of Def's disclosures | 383.00 | 38.30 |
| Josh Sanford | 0.1 | 08/25/2022 | Examination of Howell | 383.00 | 38.30 |
| Anna Stiritz | 0.1 | 09/14/2022 | Potential Client Screening: vickie dougherty | 300.00 | 30.00 |

| Aysha Dixon | 0.2 | 09/15/2022 | Preparation and drafting of CTJ | 60.00 | 12.00 |
|---|---|---|---|---|---|
| Colby Qualls | 0.1 | 09/15/2022 | Conference with Aysha re opt-in | 150.00 | 15.00 |
| Aysha Dixon | 0.2 | 09/15/2022 | Filing of CTJ | 60.00 | 12.00 |
| Tracy Freeman | 0.1 | 09/19/2022 | Work on Client's file: process ECFs. | 60.00 | 6.00 |
| Colby Qualls | 0.1 | 09/22/2022 | Conference with Marley and Aysha re class audit | 150.00 | 15.00 |
| Aysha Dixon | 0.6 | 09/26/2022 | Work on Client's file: class audit | 60.00 | 36.00 |
| Colby Qualls | 0.1 | 09/27/2022 | Conference with Aysha via email re class audit | 150.00 | 15.00 |
| Stacy Gibson | 0.1 | 09/28/2022 | Conference regarding case status/next steps | 250.00 | 25.00 |
| Colby Qualls | 0.1 | 09/28/2022 | Conference regarding case status/next steps | 150.00 | 15.00 |
| Josh Sanford | 0.1 | 09/15/2022 | Examination of Doughterty CTJY | 383.00 | 38.30 |
| Colby Qualls | 0.1 | 10/07/2022 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 10/10/2022 | Conference with Aysha re case status | 150.00 | 15.00 |
| Aysha Dixon | 0.1 | 10/10/2022 | Conference with Aysha re case status | 60.00 | 6.00 |
| Aysha Dixon | 0.1 | 10/12/2022 | Receive, read and prepare response to email(s) from V. Dougherty re: case update | 60.00 | 6.00 |
| Colby Qualls | 0.1 | 10/21/2022 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 11/08/2022 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |

| | | | | | |
|---|---|---|---|---|---|
| Josh Sanford | 0.1 | | 10/20/2022 | Examination of OC email | 383.00 | 38.30 |
| Josh Sanford | 0.1 | | 10/21/2022 | Examination of email to OC | 383.00 | 38.30 |
| Colby Qualls | 0.1 | | 11/11/2022 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Josh Sanford | 0.1 | | 10/20/2022 | Examination of OC email | 383.00 | 38.30 |
| Josh Sanford | 0.1 | | 10/21/2022 | Examination of email to OC | 383.00 | 38.30 |
| Colby Qualls | 0.1 | | 11/18/2022 | Conference with Aysha via email re document production | 150.00 | 15.00 |
| Aysha Dixon | 0.1 | | 11/18/2022 | Work on Client's file: added informal discovery to file | 60.00 | 6.00 |
| Law Clerk | 0.8 | | 12/06/2022 | Prepare and compose Discovery Requests to be Answered by Opposing Party | 75.00 | 60.00 |
| Colby Qualls | 0.1 | | 12/08/2022 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Stacy Gibson | 0.1 | | 12/28/2022 | Work on Client's file: update case deadlines | 250.00 | 25.00 |
| Stacy Gibson | 0.1 | | 01/10/2023 | Conference regarding discovery | 250.00 | 25.00 |
| Colby Qualls | 0.1 | | 01/10/2023 | Conference regarding discovery | 150.00 | 15.00 |
| Stacy Gibson | 0.7 | | 01/10/2023 | Editing and revision of discovery to defendant | 250.00 | 175.00 |
| Stacy Gibson | 0.1 | | 01/10/2023 | Compose electronic communication to AD and CQ re: discovery to defendant | 250.00 | 25.00 |
| Colby Qualls | 0.1 | | 01/10/2023 | Conference with Aysha re discovery | 150.00 | 15.00 |
| Stacy Gibson | 0.1 | | 01/16/2023 | Conference regarding case status/strategy | 250.00 | 25.00 |

| Name | Hours | Date | Description | Rate | Amount |
|---|---|---|---|---|---|
| Colby Qualls | 0.1 | 01/16/2023 | Conference regarding case status/strategy | 150.00 | 15.00 |
| Colby Qualls | 0.3 | 01/20/2023 | Reviewing and Editing and revision of discovery requests | 150.00 | 45.00 |
| Aysha Dixon | 0.2 | 01/20/2023 | Compose electronic communication to OC re: discovery requests | 60.00 | 12.00 |
| Colby Qualls | 0.2 | 01/24/2023 | Conference with Jarod via electronic communication re damages calculations | 150.00 | 30.00 |
| Jarod Holmes | 0.9 | 01/24/2023 | Work on Client's file: damages | 60.00 | 54.00 |
| Colby Qualls | 0.2 | 01/24/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 30.00 |
| Jarod Holmes | 0.5 | 01/25/2023 | Preparation and drafting of demand | 60.00 | 30.00 |
| Colby Qualls | 0.1 | 01/25/2023 | Conference with Jarod via email re damages calculations | 150.00 | 15.00 |
| Aysha Dixon | 0.1 | 01/26/2023 | Receive, read and prepare response to email from V. Dougherty re: case update | 60.00 | 6.00 |
| Colby Qualls | 0.1 | 02/02/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 02/02/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Josh Sanford | 0.1 | 01/20/2023 | Examination of email to OC with Discovery | 383.00 | 38.30 |
| Stacy Gibson | 0.1 | 02/06/2023 | Conference regarding case status/next steps | 250.00 | 25.00 |
| Colby Qualls | 0.1 | 02/06/2023 | Conference regarding case status/next steps | 150.00 | 15.00 |
| Colby Qualls | 0.2 | 02/07/2023 | Conference with RM via telephone re case strategy | 150.00 | 30.00 |

| | | | | | |
|---|---|---|---|---|---|
| Rebecca Matlock | 0.2 | 02/07/2023 | Conference with CQ about public agency overtime credit as applied to jailers and dispatchers | 250.00 | 50.00 |
| Colby Qualls | 2.9 | 02/07/2023 | Work on Client's file: Calculation of damages and examination of time and pay records | 150.00 | 435.00 |
| Colby Qualls | 0.5 | 02/07/2023 | Telephone Conference(s) between Attorney and Client | 150.00 | 75.00 |
| Colby Qualls | 0.1 | 02/07/2023 | Telephone Conference(s) with Opposing Counsel | 150.00 | 15.00 |
| Colby Qualls | 1.6 | 02/07/2023 | Work on Client's file: Draft demand letter; edit and format damages calculations | 150.00 | 240.00 |
| Colby Qualls | 0.1 | 02/07/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 02/07/2023 | Receive, read and prepare response to email(s) from Client | 150.00 | 15.00 |
| Aysha Dixon | 0.1 | 02/07/2023 | Work on Client's file: logged settlement demand in Salesforce | 60.00 | 6.00 |
| Colby Qualls | 0.2 | 02/13/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 30.00 |
| Colby Qualls | 0.1 | 02/13/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 02/16/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 02/22/2023 | Receive, read and prepare response to email(s) from Client | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 02/22/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 02/23/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 02/23/2023 | Receipt and review of draft of Motion to Extend Discovery and Motion Deadlines | 150.00 | 15.00 |

| Name | Hours | Date | Description | Rate | Amount |
|---|---|---|---|---|---|
| Tracy Freeman | 0.1 | 02/24/2023 | Work on Client's file: process ECF - Motion to Extend Time | 60.00 | 6.00 |
| Colby Qualls | 0.1 | 02/24/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 02/24/2023 | Receive, read and prepare response to email(s) from Client | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 02/24/2023 | Receipt and review of Order granting Motion to Extend Deadlines for 30 days | 150.00 | 15.00 |
| Tracy Freeman | 0.2 | 02/24/2023 | Work on Client's file: process EC - Order Granting Extension; update deadlines | 60.00 | 12.00 |
| Colby Qualls | 0.1 | 03/01/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 03/02/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 03/03/2023 | Telephone Conference(s) between Attorney and Client | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 03/07/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Josh Sanford | 0.1 | 02/24/2023 | Examination of joint motion | 383.00 | 38.30 |
| Josh Sanford | 0.1 | 02/24/2023 | Examination of Order | 383.00 | 38.30 |
| Colby Qualls | 0.2 | 03/17/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 30.00 |
| Colby Qualls | 0.2 | 03/17/2023 | Receive, read and prepare response to email(s) from Client | 150.00 | 30.00 |
| Colby Qualls | 0.1 | 03/17/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 03/20/2023 | Telephone Conference(s) between Attorney and Client (Howell) | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 03/20/2023 | Conference with JS via email re fee negotiations | 150.00 | 15.00 |

| Name | Hours | Date | Description | Rate | Total |
|---|---|---|---|---|---|
| Colby Qualls | 0.1 | 03/27/2023 | Conference with SB via email re settlement | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 03/27/2023 | Conference with SB re settlement | 150.00 | 15.00 |
| Colby Qualls | 0.2 | 03/27/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 30.00 |
| Tracy Freeman | 0.1 | 03/27/2023 | Work on Client's file: process ECF - Notice of Settlement; set deadline for Motion for Approval | 60.00 | 6.00 |
| Colby Qualls | 0.2 | 03/27/2023 | Receive, read and prepare response to email(s) from Client | 150.00 | 30.00 |
| Samuel Brown | 0.1 | 03/27/2023 | Conference with staff re: draft Joint Notice of Settlement | 150.00 | 15.00 |
| Samuel Brown | 0.1 | 03/27/2023 | Editing and revision of Joint Notice of Settlement | 150.00 | 15.00 |
| Samuel Brown | 0.1 | 03/27/2023 | Compose electronic communication to OC re: Joint Notice of Settlement | 150.00 | 15.00 |
| Samuel Brown | 0.1 | 03/27/2023 | Receipt and review of email from OC re: separate negotiation, holding of Barbee | 150.00 | 15.00 |
| Josh Sanford | 0.1 | 03/17/2023 | Examination of IOM re settlement | 383.00 | 38.30 |
| Josh Sanford | 0.1 | 03/20/2023 | Receive, read and prepare response to email(s) from CQ re settlement negotiations | 383.00 | 38.30 |
| Josh Sanford | 0.1 | 03/27/2023 | Examination of JNOS - filed | 383.00 | 38.30 |
| Jarod Holmes | 0.1 | 04/13/2023 | | 60.00 | 6.00 |
| Samuel Brown | 0.1 | 04/13/2023 | | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 04/14/2023 | Conference with SB re settlement agreement | 150.00 | 15.00 |

| Name | Hours | Date | Description | Rate | Total |
|---|---|---|---|---|---|
| Colby Qualls | 0.1 | 04/14/2023 | Conference with SB via email re settlement breakdown | 150.00 | 15.00 |
| Samuel Brown | 0.1 | 04/17/2023 | Receipt and review of email from OC re: settlement | 150.00 | 15.00 |
| Colby Qualls | 0.2 | 04/19/2023 | Receive, read and prepare response to email(s) from Client | 150.00 | 30.00 |
| Jarod Holmes | 0.1 | 04/20/2023 | | 60.00 | 6.00 |
| Samuel Brown | 0.1 | 04/20/2023 | | 150.00 | 15.00 |
| Stacy Gibson | 0.2 | 04/21/2023 | Conference with SB re: settlement strategy | 250.00 | 50.00 |
| Samuel Brown | 0.2 | 04/21/2023 | Editing and revision of settlement agreement | 150.00 | 30.00 |
| Samuel Brown | 0.2 | 04/21/2023 | Telephone Conference(s) with Opposing Counsel re: settlement agreement | 150.00 | 30.00 |
| Samuel Brown | 0.1 | 04/21/2023 | Compose electronic communication to OC re: settlement agreement | 150.00 | 15.00 |
| Colby Qualls | 0.2 | 04/24/2023 | Reviewing and Editing and revision of Joint Motion for Approval of Liability Settlement | 150.00 | 30.00 |
| Samuel Brown | 1 | 04/24/2023 | Editing and revision of Motion for Approval of Liability Settlement | 150.00 | 150.00 |
| Samuel Brown | 0.1 | 04/24/2023 | Conference with CQ re: Motion for Approval of Liability Settlement | 150.00 | 15.00 |
| Samuel Brown | 0.1 | 04/24/2023 | Compose electronic communication to OC re: Motion for Approval of Liability Settlement | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 04/25/2023 | Conference with SB re settlement | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 04/25/2023 | Receive, read and prepare response to email(s) from OC | 150.00 | 15.00 |

| Name | Hours | Date | Description | Rate | Amount |
|---|---|---|---|---|---|
| Colby Qualls | 0.1 | 04/25/2023 | Conference with SB re settlement | 150.00 | 15.00 |
| Samuel Brown | 0.2 | 04/25/2023 | Receive, read and prepare response to email(s) from OC re: changes to and signing settlement agreement | 150.00 | 30.00 |
| Samuel Brown | 0.1 | 04/25/2023 | Conference with JS re: signing attorneys' fees agreement | 150.00 | 15.00 |
| Tracy Freeman | 0.1 | 04/27/2023 | Work on Client's file: process ECF - Joint Motion to Approve Settlement | 60.00 | 6.00 |
| Jarod Holmes | 0.1 | 04/27/2023 | | 60.00 | 6.00 |
| Samuel Brown | 0.1 | 04/27/2023 | | 150.00 | 15.00 |
| Colby Qualls | 0.1 | 05/01/2023 | Receipt and review of Order on Joint Motion for Approval | 150.00 | 15.00 |
| | | | | | 7,217.20 |