IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAYLA JACKSON,** *Individually and on Behalf of All Others Similarly Situated*

                                                                                           **PLAINTIFFS**

VS.                                   **4:22-CV-00093-JM**

**PRAIRIE COUNTY, ARKANSAS.**                                           **DEFENDANT**

### ORDER

The Renewed Joint Motion to Approve Settlement (Doc. No. 18) is DENIED, without prejudice.

As stated in the Court's previous order, the settlement agreement includes a release of claims, "whether now known or unknown," under Title VII, the ADA, FMLA, ADEA, etc. However, "the law prevents Defendant from eliciting a waiver of nonwage-related claims . . . ."[1] The parties were directed to provide authority if they believe that some exception applies. The parties have not provided authority for an exception to the law. Therefore, the Court will not approve the release.

IT IS SO ORDERED this 14th day of July, 2023.

                                                                                     UNITED STATES DISTRICT JUDGE

---

[1] *Kappelmeier v. Wil-Shar, Inc.*, No. 5:18-CV-05181, 2019 WL 4229686, at *3 (W.D. Ark. Sept. 4, 2019); see also, *King v. Rockline Indus., Inc.*, No. 2:20-CV-02188, 2021 WL 3612281, at *2 (W.D. Ark. Aug. 13, 2021) ("The parties have not shown the settlement of non-wage related claims is not consideration for the settlement of wage related claims. Because the law prevents Defendant from eliciting a waiver of non-wage related claims, the Court will not approve provisions effecting a general release.").