IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAYLA JACKSON, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            No. 4:22-cv-93-JM

**PRAIRIE COUNTY, ARKANSAS**            **DEFENDANT**

**NOTICE**

Comes Now, Prairie County, Arkansas, by and through Undersigned Counsel, and for it's notice states herein:

The Parties have submitted two motions to approve settlement in this matter. Both have been denied without prejudice in part due to language in the purported release regarding claims other than wage-related claims. Upon the first denial, a revised settlement and release was forwarded to Undersigned without the offending language, and that is the release Undersigned presented to his Client, via the County Judge, to sign. The County Judge signed the same and forwarded the same to Plaintiff's Counsel. Attached hereto is that release. Also attached is the County Judge's signature that accompanied that release. Plaintiff's Counsel filed the joint motion and appears to have inadvertently included the former release that contained the offended language. However the Court rules, Undersigned wants to make clear the Defendant *never* exacted the release in question from Plaintiff. Rather, the original release and the amended release were drafted and provided to Undersigned by Plaintiff's Counsel. Any assertion to the contrary is incorrect.

           Respectfully Submitted,

           Defendant

*/s/ Michael A. Mosley*
Michael A. Mosley ABA 2002099
Attorney for Defendants
JASON OWENS LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1312 W. Oak Street
Conway, Arkansas 72034
Telephone (501) 764-4334
Telefax (501) 764-9173
email: mosley@jowenslawfirm.com

### CERTIFICATE OF SERVICE

    I, Michael A. Mosley, hereby certify that on the 14th day of July, 2023, I electronically filed the foregoing with the Clerk of the Court using the Arkansas Judiciary Electronic Filing system, which will provide notice of the same to all counsel of record.

*/s/ Michael A. Mosley*
Michael A. Mosley