| **NAMED PLAINTIFF:** | **DEFENDANT:** |
|---|---|
| _____<br>Cayla Jackson | *Lawrence Holloway* (signature)<br>Prairie County, Arkansas |
| Date: _____ | By (print): _LAWRENCE Holloway_<br><br>Date: _5-11-2023_ |

- 4 -