IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAYLA JACKSON, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            No. 4:22-cv-93-JM

**PRAIRIE COUNTY, ARKANSAS**            **DEFENDANT**

## PLAINTIFF'S NOTICE RE: ECF NO. 20

Named Plaintiff Cayla Jackson, individually and on behalf of others similarly situated, hereby states the following for her Notice to the Court re: ECF No. 20:

1. The copy of the settlement agreement attached as Exhibit 2 to The Parties' Renewed Motion for Approval, ECF No. 18, was included in error.

2. Plaintiff's signature page to the correct agreement was affixed to the wrong document upon filing.

3. Attached hereto as Exhibit is the corrected document, which is a fully executed version of the amended settlement agreement which narrows the release pursuant to the Court's concerns in its Order, ECF No. 17.

Respectfully submitted,

**CAYLA JACKSON, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com