## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

CAYLA JACKSON, Individually and
on Behalf of All Others Similarly
Situated                                                    PLAINTIFF

v.                              No. 4:22-cv-93-DPM

PRAIRIE COUNTY, ARKANSAS                          DEFENDANT

## ORDER

Notices, *Doc. 22 & 23*, appreciated.  The several issues noted by
Judge Moody have been sorted in the various filings.  *Doc. 22-1 at 1*,
*Doc. 18-3 & Doc. 18-4 at 12*.  The proposed settlement is fair, reasonable,
and adequate.  *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350,
1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024,
2027 (8th Cir. 2019);  *Melgar v. OK Foods*, 902 F.3d 775,  779 (8th Cir.
2018).  It reflects a good-faith compromise of the parties' wage-related
dispute.  And the attorney's fee was negotiated separately.  The Court
will dismiss the complaint with prejudice and retain jurisdiction for a
time to enforce the settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 August 2023