IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CAYLA JACKSON, Individually and
on Behalf of All Others Similarly
Situated                                                                                          PLAINTIFF

v.                                            No. 4:22-cv-93-DPM

PRAIRIE COUNTY, ARKANSAS                                              DEFENDANT

## JUDGMENT

Jackson's complaint is dismissed with prejudice. The Court retains jurisdiction until 31 October 2023 to enforce the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 August 2023